Order Filed on October 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone: (201) 845-1000
Facsimile: (201) 655-6650
Proposed Attorneys for Charles M. Forman,
Chapter 7 Trustee
Erin J. Kennedy
ekennedy@formanlaw.com

In Re:

PAUL LOMBARDINO,

                 Debtor.

Chapter: 7

Case No.: 18-24700

Judge: Vincent F. Papalia

## CONSENT ORDER EXTENDING THE
## TIME TO OBJECT TO DEBTOR'S DISCHARGE

The relief set forth on the following page, numbered two (2) be and hereby is ORDERED.

**DATED: October 17, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

F0032736 - 1

Page 2
Debtors: Paul Lombardino
Case No.: 18-24700 (VFP)
Caption: Consent Order Extending Time to Object to Debtor's Discharge

THIS MATTER, having been brought before the court upon the application of Charles M. Forman, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Paul Lombardino (the "Debtor"), through his proposed attorneys, Forman Holt, for the entry of a consent order extending the time to object to the Debtor's discharge pursuant to 11 U.S.C. §727; and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

ORDERED that the deadline to file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727 shall be and is hereby extended to and including January 20, 2019, without prejudice to further extension.

The undersigned consent to the
form and entry of this Order.

VINCENT COMMISA
Attorneys for Debtor

By: /s/ _____
Vincent Commisa

Dated: October 9, 2018

FORMAN HOLT
Proposed Attorneys for Trustee

By: /s/ Erin J. Kennedy
Erin J. Kennedy

Dated: October 10, 2018

F0032738 - 1