| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy<br>ekennedy@formanlaw.com | Order Filed on October 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>PAUL LOMBARDINO,<br><br>                Debtor. | Chapter: 7<br><br>Case No.: 18-24700<br><br>Judge: Vincent F. Papalia |

## CONSENT ORDER EXTENDING THE
## TIME TO OBJECT TO DEBTOR'S DISCHARGE

The relief set forth on the following page, numbered two (2) be and hereby is ORDERED.

**DATED: October 17, 2018**

                                                                           Honorable Vincent F. Papalia
                                                                           United States Bankruptcy Judge

F0032738 - 1

Page 2
Debtors:    Paul Lombardino
Case No.:   18-24700 (VFP)
Caption:    Consent Order Extending Time to Object to Debtor's Discharge

THIS MATTER, having been brought before the court upon the application of Charles M. Forman, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Paul Lombardino (the "Debtor"), through his proposed attorneys, Forman Holt, for the entry of a consent order extending the time to object to the Debtor's discharge pursuant to 11 U.S.C. §727; and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

ORDERED that the deadline to file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727 shall be and is hereby extended to and including January 20, 2019, without prejudice to further extension.

The undersigned consent to the
form and entry of this Order.

VINCENT COMMISA                                 FORMAN HOLT
Attorneys for Debtor                            Proposed Attorneys for Trustee

By: /s/                                         By: /s/ Erin J. Kennedy
    Vincent Commisa                                 Erin J. Kennedy

Dated: October 9, 2018                          Dated: October 10, 2018

F0032738 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Paul Lombardino  
    Debtor

Case No. 18-24700-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 17, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2018.  
db        +Paul Lombardino,    501 Brook Hollow Drive,    Whippany, NJ 07981-2501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2018 at the address(es) listed below:  
         Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com  
         Darrell M. Felsenstein    on behalf of Creditor    E&L Battery & Ignition Co. dfelsenstein@wellslaw.com  
         Erin Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com, jkisla@formanlaw.com  
         Philip William Allogramento    on behalf of Creditor    General Parts Distribution LLC pallogramento@connellfoley.com  
         Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2007-8) rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         Vincent Commisa    on behalf of Debtor Paul Lombardino vcommisa@vdclaw.com  
                                                                         TOTAL: 7