Form 152 – ntcvacodischg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−24700−VFP
        Chapter: 7
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul Lombardino
   dba PML, Inc., dba Politi Auto Parts
   501 Brook Hollow Drive
   Whippany, NJ 07981

Social Security No.:
   xxx−xx−0958

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISCHARGE

    NOTICE IS HEREBY GIVEN that Order of Discharge of Debtor entered on 10/26/2018 as to

☑    debtor
☐    joint debtor

has been vacated effective 10/26/2018.


Dated: October 26, 2018
JAN: jf

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-24700-VFP
Paul Lombardino                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 2              Date Rcvd: Oct 26, 2018
                              Form ID: 152                 Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
```
db             +Paul Lombardino,    501 Brook Hollow Drive,    Whippany, NJ 07981-2501
cr             +E&L Battery & Ignition Co.,    Wells Jaworski & Liebman, LLP,    12 Route 17 North,
                 P.O. Box 1827,    Paramus, NJ 07653-1827
517659515      +30 Ridgedale, LLC,    c/o Rosemary Stone-Dougherty, Esq.,    54 Main Street,
                 Chatham, NJ 07928-2416
517659517      +American Express,    PO Box 1270,    Newark, NJ 07101-1270
517659518      +American Express National Bank,    c/o Swicker & Assocs,    1105 Laurel Oak Rd,
                 Voorhees, New Jersey 08043-4312
517797960      +Armac, Inc.,    197 Ridgedale Avenue Suite 130,    Cedar Knolls, NJ 07927-2108
517659520      +Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
517659521      +Bayview Loan Services,    PO Box 650091,    Dallas, TX 75265-0091
517659524      +Chase,   PO Box 1423,    Charlotte, NC 28201-1423
517659523      +Chase,   PO Box 24785,    Columbus, OH 43224-0785
517797959      +Corporation Service Company,    PO Box 2576,    Springfield, IL 62708-2576
517659525      +Douglas M. deRonde, Sr.,    22 Wildwood Avenue,    East Hanover, NJ 07936-1573
517659526      +E & L Battery and Ignition Company, Inc.,    c/o Wells, Jaworski & Liebman, LLP,    PO Box 1827,
                 Paramus, NJ 07653-1827
517659527      +General Parts Distribution LLC,    c/o Christopher Strianese, Esq.,    401 No. Tryon St,
                 Charlotte, NC 28202-2196
517659529      +Haan Financial,    PO Box 914,    Paramus, NJ 07653-0914
517659530      +Harleysville Insurance Group,    c/o Access Receivables Management,    PO Box 1377,
                 Cockeysville, MD 21030-6377
517659531      +Kaggage Financial,    130 West 25th Street,    New York, NY 10001-7406
517659533      +Parts Authority, LLC f/k/a Parts Authori,    c/o Snellings Law LLC,    2001 Route 46,
                 Parsippany, NJ 07054-1385
517659536      +Prudential,    PO Box 856003,    Louisville, KY 40285-6003
517659537      +Reliable Fast Cash,    262A Albany Avenue,    Brooklyn, NY 11213
517659538      +State of New Jersey,    Department of the Treasury,    124 Halsey Street,    Box 45030,
                 Newark, NJ 07102-3017
517659540     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,     4 Gatehall Drive,    Parsippany, NJ 07054)
517797556      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517659541     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,     PO Box 790408,    St. Louis, MO 63179)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2018 00:22:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2018 00:22:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517659516      +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2018 00:29:12      Amazon Store Card,
                 PO Box 960061,    Orlando, FL 32896-0061
517659522      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 27 2018 00:28:20      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517799433      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 27 2018 00:23:11      KeyBank,
                 Cleveland Loan Services,    4910 Tiederman Road,    Brooklyn, OH 44144-2338
517659532      +E-mail/Text: bk@lendingclub.com Oct 27 2018 00:23:33      Lending Club,    71 Stevonson Street,
                 San Francisco, CA 94105-2985
517659535      +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2018 00:28:52      PC Richards,    PO Box 960061,
                 Orlando, FL 32896-0061
517659534      +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2018 00:28:51      Paypal Mastercard,
                 PO Box 960061,    Orlando, FL 32896-0061
517659539      +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2018 00:28:24      Synchrony,    PO Box 960061,
                 Orlando, FL 32896-0061
517662160      +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2018 00:29:22      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517659528        Charlotte, NC 28202
517659519        Voorhees, NJ 08043
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Oct 26, 2018
                                  Form ID: 152             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
              Barbara   Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Darrell M. Felsenstein    on behalf of Creditor   E&L Battery & Ignition Co.
               dfelsenstein@wellslaw.com
              Erin   Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
               jkisla@formanlaw.com
              Philip William Allogramento    on behalf of Creditor   General Parts Distribution LLC
               pallogramento@connellfoley.com
              Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2007-8) rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vincent   Commisa    on behalf of Debtor Paul   Lombardino vcommisa@vdclaw.com
                                                                                             TOTAL: 7
```