Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18−24700−VFP
                        Chapter: 7
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul Lombardino
   dba PML, Inc., dba Politi Auto Parts
   501 Brook Hollow Drive
   Whippany, NJ 07981

Social Security No.:
   xxx−xx−0958

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 26, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 27
Order Vacating Discharge Order for Debtor. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/26/2018. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 26, 2018
JAN: jf

                                                                            Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Paul Lombardino  
    Debtor

Case No. 18-24700-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 26, 2018  
                 Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.
```
db             +Paul Lombardino,    501 Brook Hollow Drive,    Whippany, NJ 07981-2501
cr             +E&L Battery & Ignition Co.,    Wells Jaworski & Liebman, LLP,    12 Route 17 North,
                 P.O. Box 1827,    Paramus, NJ 07653-1827
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:
```
              Barbara    Edwards     bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Darrell M. Felsenstein    on behalf of Creditor    E&L Battery & Ignition Co.
               dfelsenstein@wellslaw.com
              Erin    Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
               jkisla@formanlaw.com
              Philip William Allogramento    on behalf of Creditor    General Parts Distribution LLC
               pallogramento@connellfoley.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2007-8) rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Vincent    Commisa    on behalf of Debtor Paul    Lombardino vcommisa@vdclaw.com
                                                                                             TOTAL: 7
```