UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on October 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Paul Lombardino

Debtor,

Case No.: _____18-24700_____

Judge: _____Vincent F. Papalia_____

Chapter: _____7_____

# ORDER VACATING DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 26, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court having noted that _____Paul Lombardino_____, the debtor(s) in this case was discharged on _____October 26, 2018_____, and that the discharge must be vacated for the reason(s) stated below:

- ❏ Debtor(s) received a discharge in this case on _____,

- ❏ Debtor(s) received a discharge in a previous case bearing case number _____, which case was commenced on _____ in the _____ Bankruptcy Court,

- ❏ Adversary Proceeding number _____ objecting to the debtor's discharge is pending,

- ❏ Debtor(s) has not filed a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the instructional course requirements for discharge,

- ❏ Debtor(s) has not filed a *Certification in Support of Discharge* certifying that all domestic support obligations currently du have been paid,

- ❏ The filing fee due in this case has not been paid in full,

- ☒ Other: _a consent order extending time to object to debtor's discharge previously entered_.

IT IS ORDERED that said discharge order is vacated.

*Rev. 4/22/08; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Paul Lombardino  
    Debtor

Case No. 18-24700-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 26, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.  
db          +Paul Lombardino,   501 Brook Hollow Drive,    Whippany, NJ 07981-2501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:  
       Barbara   Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com  
       Darrell M. Felsenstein    on behalf of Creditor   E&L Battery & Ignition Co. dfelsenstein@wellslaw.com  
       Erin   Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com, jkisla@formanlaw.com  
       Philip William Allogramento    on behalf of Creditor   General Parts Distribution LLC pallogramento@connellfoley.com  
       Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2007-8) rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       Vincent   Commisa    on behalf of Debtor Paul  Lombardino vcommisa@vdclaw.com  
       TOTAL: 7