**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Vincent F. Papalia, U.S. Bankruptcy Judge

| **CASE NUMBER:** 18−24700−VFP | **DATE FILED::** 7/24/18 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** Paul Lombardino dba PML, Inc., dba Politi Auto Parts xxx−xx−0958 | **ADDRESS OF DEBTOR(S):** 501 Brook Hollow Drive Whippany, NJ 07981 |
| DEBTOR'S ATTORNEY: Vincent Commisa 20 Manger Road West Orange, NJ 07052 (973) 821−7722 | TRUSTEE: Barbara Edwards Muscarella,Bochet,Edwards & D'Alessandro 10−04 River Road Fair Lawn, NJ 07410 (201) 796−3100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

2/7/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: November 9, 2018                    FOR THE COURT
                                           Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                               Case No. 18-24700-VFP
Paul Lombardino                                                      Chapter 7
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2           Date Rcvd: Nov 13, 2018
                              Form ID: noa               Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db             +Paul Lombardino,    501 Brook Hollow Drive,    Whippany, NJ 07981-2501
cr             +E&L Battery & Ignition Co.,    Wells Jaworski & Liebman, LLP,    12 Route 17 North,
                 P.O. Box 1827,    Paramus, NJ 07653-1827
517659515      +30 Ridgedale, LLC,    c/o Rosemary Stone-Dougherty, Esq.,    54 Main Street,
                 Chatham, NJ 07928-2416
517659518      +American Express National Bank,    c/o Swicker & Assocs,    1105 Laurel Oak Rd,
                 Voorhees, New Jersey 08043-4312
517797960      +Armac, Inc.,    197 Ridgedale Avenue Suite 130,    Cedar Knolls, NJ 07927-2108
517659520      +Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
517659521      +Bayview Loan Services,    PO Box 650091,    Dallas, TX 75265-0091
517659524      +Chase,   PO Box 1423,    Charlotte, NC 28201-1423
517659523      +Chase,   PO Box 24785,    Columbus, OH 43224-0785
517797959      +Corporation Service Company,    PO Box 2576,    Springfield, IL 62708-2576
517659525      +Douglas M. deRonde, Sr.,    22 Wildwood Avenue,    East Hanover, NJ 07936-1573
517659526      +E & L Battery and Ignition Company, Inc.,     c/o Wells, Jaworski & Liebman, LLP,    PO Box 1827,
                 Paramus, NJ 07653-1827
517659527      +General Parts Distribution LLC,    c/o Christopher Strianese, Esq.,    401 No. Tryon St,
                 Charlotte, NC 28202-2196
517659529      +Haan Financial,    PO Box 914,    Paramus, NJ 07653-0914
517659530      +Harleysville Insurance Group,    c/o Access Receivables Management,    PO Box 1377,
                 Cockeysville, MD 21030-6377
517659531      +Kaggage Financial,    130 West 25th Street,    New York, NY 10001-7406
517659533      +Parts Authority, LLC f/k/a Parts Authori,    c/o Snellings Law LLC,    2001 Route 46,
                 Parsippany, NJ 07054-1385
517659536      +Prudential,    PO Box 856003,    Louisville, KY 40285-6003
517659537      +Reliable Fast Cash,    262A Albany Avenue,    Brooklyn, NY 11213
517659538      +State of New Jersey,    Department of the Treasury,    124 Halsey Street,    Box 45030,
                 Newark, NJ 07102-3017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 01:37:02      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 01:36:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517659516      +EDI: RMSC.COM Nov 14 2018 05:58:00      Amazon Store Card,    PO Box 960061,
                 Orlando, FL 32896-0061
517659517      +EDI: AMEREXPR.COM Nov 14 2018 05:58:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
517659522      +EDI: CAPITALONE.COM Nov 14 2018 05:58:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517799433      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 14 2018 01:37:16      KeyBank,
                 Cleveland Loan Services,    4910 Tiederman Road,    Brooklyn, OH 44144-2338
517659532      +E-mail/Text: bk@lendingclub.com Nov 14 2018 01:37:35      Lending Club,    71 Stevonson Street,
                 San Francisco, CA 94105-2985
517659535      +EDI: RMSC.COM Nov 14 2018 05:58:00      PC Richards,    PO Box 960061,    Orlando, FL 32896-0061
517659534      +EDI: RMSC.COM Nov 14 2018 05:58:00      Paypal Mastercard,    PO Box 960061,
                 Orlando, FL 32896-0061
517659539      +EDI: RMSC.COM Nov 14 2018 05:58:00      Synchrony,    PO Box 960061,    Orlando, FL 32896-0061
517662160      +EDI: RMSC.COM Nov 14 2018 05:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517659540       EDI: TFSR.COM Nov 14 2018 05:58:00      Toyota Motor Credit,    4 Gatehall Drive,
                 Parsippany, NJ 07054
517797556       EDI: BL-TOYOTA.COM Nov 14 2018 05:58:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517659541       EDI: USBANKARS.COM Nov 14 2018 05:58:00      US Bank,    PO Box 790408,    St. Louis, MO 63179
                                                                                                TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517659528        Charlotte, NC 28202
517659519        Voorhees, NJ 08043
                                                                                      TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

Certificate of Notice    Page 3 of 3

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 13, 2018
                              Form ID: noa             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
              Barbara    Edwards     on behalf of Trustee Barbara    Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards     bedwardstrustee@aol.com,  NJ48@ecfcbis.com
              Charles M. Forman     on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Darrell M. Felsenstein     on behalf of Creditor    E&L Battery & Ignition Co.
               dfelsenstein@wellslaw.com
              Erin   Kennedy     on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
               jkisla@formanlaw.com
              Philip William Allogramento     on behalf of Creditor    General Parts Distribution LLC
               pallogramento@connellfoley.com
              Rebecca Ann Solarz     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2007-8) rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Vincent   Commisa     on behalf of Debtor Paul   Lombardino vcommisa@vdclaw.com
                                                                                             TOTAL: 9
```