UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Barbara A. Edwards, Interim Trustee
Muscarella, Bochet, Edwards & D'Alessandro, PC
10-04 River Road
Fair Lawn, NJ 07410
Telephone: 201-796-3100
BAE7510

Order Filed on November 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PAUL LOMBARDINO,
                Debtor.

Case No.:  18-24700-VFP

Chapter:  7

Judge:  Vincent F. Papalia

## ORDER AUTHORIZING RETENTION OF

Muscarella, Bochet, Edwards & D'Alessandro, PC

The relief set forth on the following page is **ORDERED**.

**DATED: November 19, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain  Muscarella,Bochet,Edwards&D'Alessandro

as  Counsel to Trustee , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  10-04 River Road

   Fair Lawn, NJ 07410

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*