UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Barbara A. Edwards, Interim Trustee
Muscarella, Bochet, Edwards & D'Alessandro, PC
10-04 River Road
Fair Lawn, NJ 07410
Telephone: 201-796-3100
BAE7510

**Order Filed on November 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PAUL LOMBARDINO,
                Debtor.

Case No.:  18-24700-VFP

Chapter:  7

Judge:  Vincent F. Papalia

# ORDER AUTHORIZING RETENTION OF

Muscarella, Bochet, Edwards & D'Alessandro, PC

The relief set forth on the following page is **ORDERED**.

**DATED: November 19, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain  Muscarella,Bochet,Edwards&D'Alessandro

as _____Counsel to Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:   10-04 River Road

   Fair Lawn, NJ 07410

   _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-24700-VFP
Paul Lombardino                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Nov 19, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db             +Paul Lombardino,    501 Brook Hollow Drive,    Whippany, NJ 07981-2501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
          Barbara    Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
           NJ48@ecfcbis.com
          Barbara    Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
          Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Darrell M. Felsenstein    on behalf of Creditor   E&L Battery & Ignition Co.
           dfelsenstein@wellslaw.com
          Erin    Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
           jkisla@formanlaw.com
          Philip William Allogramento    on behalf of Creditor   General Parts Distribution LLC
           pallogramento@connellfoley.com
          Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWMBS 2007-8) rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Vincent   Commisa    on behalf of Debtor Paul  Lombardino vcommisa@vdclaw.com
                                                                                             TOTAL: 9