**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Muscarella, Bochet, Edwards & D'Alessandro, PC
10-04 River Road
Fair Lawn, NJ 07410
Tele: 201-796-3100
Counsel to Trustee
BAE7510

**Order Filed on February 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Paul Lombardino,

      Debtor.

Case No.:   18-24700-VFP

Judge:   Vincent F. Papalia

Chapter:   7

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER AUTHORIZING
RETENTION OF   ACCOUNTANT TO TRUSTEE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 22, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

In re:       Paul Lombardino, Debtor

Case No.:    18-24700-VFP

Applicant:    Barbara A. Edwarsd, Interim Trustee

(check all that apply) ☑ Trustee:    ☑ Chap. 7      ☐ Chap. 11      ☐ Chap. 13.

                ☐ Debtor:    ☐ Chap. 11      ☐ Chap. 13

                ☐ Official Committee of _____

Name of Professional:    Gramkow, Carnevale, Seifert & Co., LLC

Address of Professional:    2 Forest Avenue

                             Oradell, NJ

☐ Attorney for (check all that apply):
     ☐ Trustee    ☐ Debtor-in-Possession
     ☐ Official Committee of _____

☑ Accountant for:
     ☑ Trustee    ☐ Debtor-in-Possession
     ☐ Official Committee of _____

☐ Other Professional:
     ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
     ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

```
                            United States Bankruptcy Court
                                  District of New Jersey
```

In re:                                                          Case No. 18-24700-VFP
Paul Lombardino                                                 Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 22, 2019
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.
db         +Paul Lombardino,    501 Brook Hollow Drive,    Whippany, NJ 07981-2501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2019 at the address(es) listed below:
          Barbara    Edwards    on behalf of Attorney    Muscarella, Bochet, Edwards & D'Alessandro P.C.
           bedwardstrustee@aol.com, NJ48@ecfcbis.com
          Barbara    Edwards    on behalf of Trustee Barbara    Edwards bedwardstrustee@aol.com,
           NJ48@ecfcbis.com
          Barbara    Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
          Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Darrell M. Felsenstein    on behalf of Creditor    E&L Battery & Ignition Co.
           dfelsenstein@wellslaw.com
          Erin    Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
           jkisla@formanlaw.com
          Philip William Allogramento    on behalf of Creditor    General Parts Distribution LLC
           pallogramento@connellfoley.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWMBS 2007-8) rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Vincent    Commisa    on behalf of Debtor Paul    Lombardino vcommisa@vdclaw.com
                                                                                                                    TOTAL: 10