**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Paul Lombardino <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0958 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–24700–VFP | |

# Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Paul Lombardino
    dba PML, Inc., dba Politi Auto Parts


5/23/19                                                                  **By the court:**   Vincent F. Papalia
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-24700-VFP
Paul Lombardino                                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 23, 2019
                              Form ID: 318             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db          +Paul Lombardino,    501 Brook Hollow Drive,    Whippany, NJ 07981-2501
aty         +Muscarella, Bochet, Edwards & D'Alessandra P.C.,    10-04 River Road,    Fair Lawn, NJ 07410-1433
aty         +Muscarella, Bochet, Edwards & D'Alessandro P.C.,    10-04 River Road,    Fair Lawn, NJ 07410-1433
cr          +E&L Battery & Ignition Co.,    Wells Jaworski & Liebman, LLP,    12 Route 17 North,
              P.O. Box 1827,    Paramus, NJ 07653-1827
acc         +Gramkow, Carnevale, Seifert & Co. LLC,    Gramkow, Carnevale, Seifert & Co. LLC,
              2 Forest Avenue,    Oradell, NJ 07649-1958
cr          +On Deck Capital, Inc.,,    THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.,    40 Technology Parkway South,
              Suite 300,    Peachtree Corners, GA 30092-2924
517659515   +30 Ridgedale, LLC,    c/o Rosemary Stone-Dougherty, Esq.,    54 Main Street,
              Chatham, NJ 07928-2416
517659518   +American Express National Bank,    c/o Swicker & Assocs,    1105 Laurel Oak Rd,
              Voorhees, New Jersey 08043-4312
517797960   +Armac, Inc.,    197 Ridgedale Avenue Suite 130,    Cedar Knolls, NJ 07927-2108
517659520   +Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
517659521   +Bayview Loan Services,    PO Box 650091,    Dallas, TX 75265-0091
517659524   +Chase,   PO Box 1423,    Charlotte, NC 28201-1423
517659523   +Chase,   PO Box 24785,    Columbus, OH 43224-0785
517961991   +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517797959   +Corporation Service Company,    PO Box 2576,    Springfield, IL 62708-2576
517659525   +Douglas M. deRonde, Sr.,    22 Wildwood Avenue,    East Hanover, NJ 07936-1573
517659526   +E & L Battery and Ignition Company, Inc.,    c/o Wells, Jaworski & Liebman, LLP,    PO Box 1827,
              Paramus, NJ 07653-1827
517659527   +General Parts Distribution LLC,    c/o Christopher Strianese, Esq.,    401 No. Tryon St,
              Charlotte, NC 28202-2196
518016532   +General Parts Distribution LLC,    c/o Philip W. Allogramento III, Esq.,    Connell Foley LLP,
              56 Livingston Avenue,    Roseland, New Jersey 07068-1733
517659529   +Haan Financial,    PO Box 914,    Paramus, NJ 07653-0914
517659530   +Harleysville Insurance Group,    c/o Access Receivables Management,    PO Box 1377,
              Cockeysville, MD 21030-1377
517659531   +Kabbage Financial,    925B Peachtree St. NE,    Ste. 1688,    Atlanta, GA 30309-3918
517659533   +Parts Authority, LLC f/k/a Parts Authori,    c/o Snellings Law LLC,    2001 Route 46,
              Parsippany, NJ 07054-1385
517659536   +Prudential,    PO Box 856003,    Louisville, KY 40285-6003
517955397   +Regional Automotive Warehouse,    401 Frelinghuysen Avenue,    Newark, NJ 07114-1422
517659537   +Reliable Fast Cash,    262A Albany Avenue,    Brooklyn, NY 11213
517659538   +State of New Jersey,    Department of the Treasury,    124 Halsey Street,    Box 45030,
              Newark, NJ 07102-3017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 23:43:48     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 23:43:46     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517659516   +EDI: RMSC.COM May 24 2019 03:03:00     Amazon Store Card,    PO Box 960061,
              Orlando, FL 32896-0061
517659517   +EDI: AMEREXPR May 24 2019 03:08:00     American Express,    PO Box 1270,
              Newark, NJ 07101-1270
517962369    EDI: BECKLEE.COM May 24 2019 03:03:00     American Express National Bank,
              c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517971897    EDI: RESURGENT.COM May 24 2019 03:08:00     Ashley Funding Services, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517659522   +EDI: CAPITALONE.COM May 24 2019 03:03:00     Capital One,    PO Box 30285,
              Salt Lake City, UT 84130-0285
517938274    EDI: CAPITALONE.COM May 24 2019 03:03:00     Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
517799433   +E-mail/Text: key_bankruptcy_ebnc@keybank.com May 23 2019 23:43:59     KeyBank,
              Cleveland Loan Services,    4910 Tiederman Road,    Brooklyn, OH 44144-2338
517659532   +E-mail/Text: bk@lendingclub.com May 23 2019 23:44:11     Lending Club,    71 Stevonson Street,
              San Francisco, CA 94105-2985
517909277   +E-mail/Text: mpugh@tokn.com May 23 2019 23:43:39     On Deck Capital, Inc.,
              c/o Thompson, O'Brien, Kemp & Nasuti, PC,    40 Technology Parkway South Suite 300,
              Peachtree Corners, GA 30092-2924
517659535   +EDI: RMSC.COM May 24 2019 03:03:00     PC Richards,    PO Box 960061,    Orlando, FL 32896-0061
518005875   +EDI: RESURGENT.COM May 24 2019 03:08:00     PYOD, LLC,    Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
517659534   +EDI: RMSC.COM May 24 2019 03:03:00     Paypal Mastercard,    PO Box 960061,
              Orlando, FL 32896-0061
517659539   +EDI: RMSC.COM May 24 2019 03:03:00     Synchrony,    PO Box 960061,    Orlando, FL 32896-0061
517662160   +EDI: RMSC.COM May 24 2019 03:03:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-2           User: admin                Page 2 of 2               Date Rcvd: May 23, 2019
                               Form ID: 318               Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517659540        EDI: TFSR.COM May 24 2019 03:03:00      Toyota Motor Credit,   4 Gatehall Drive,
                  Parsippany, NJ 07054
517797556        EDI: BL-TOYOTA.COM May 24 2019 03:08:00      Toyota Motor Credit Corporation,
                  c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517886117        EDI: USBANKARS.COM May 24 2019 03:08:00      U.S. Bank National Association,
                  Bankruptcy Department,   PO Box 108,   St. Louis MO 63166-0108
517659541        EDI: USBANKARS.COM May 24 2019 03:08:00      US Bank,   PO Box 790408,   St. Louis, MO 63179
                                                                                               TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517659528          Charlotte, NC 28202
517659519          Voorhees, NJ 08043
517980398*         American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                    Malvern PA 19355-0701
517937468*         Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   PO Box 3001,
                    Malvern PA 19355-0701
                                                                              TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
          Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
           NJ48@ecfcbis.com
          Barbara   Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
          Barbara   Edwards    on behalf of Attorney   Muscarella, Bochet, Edwards & D'Alessandro P.C.
           bedwardstrustee@aol.com,   NJ48@ecfcbis.com
          Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Darrell M. Felsenstein    on behalf of Creditor    E&L Battery & Ignition Co.
           dfelsenstein@wellslaw.com
          Erin   Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
           jkisla@formanlaw.com
          Philip William Allogramento    on behalf of Creditor   General Parts Distribution LLC
           pallogramento@connellfoley.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWMBS 2007-8) rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Vincent   Commisa    on behalf of Debtor Paul   Lombardino vcommisa@vdclaw.com
                                                                                         TOTAL: 10
```